AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| Courtney Rodgers <br><br> *Plaintiff(s)* <br> v. <br><br> Jefferson Capital Systems, LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:22-cv-767 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jefferson Capital Systems, LLC
C/o Corporation Service Company - Registered Agent
50 West Broad Street, Suite 1330
Columbus, OH 43215

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey S. Hyslip
207 S.Harrison Street, Suite A
Algonquin, IL 60102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SANDY OPACICH, CLERK OF COURT

Date: 05/11/2022

s/ C. Hayden
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-767

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# CERTIFICATE OF SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

Case #: 1:22-cv-767

**Courtney Rodgers**
Plaintiff
vs.
**Jefferson Capital Systems, LLC**
Defendant

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of 18, not a party to nor interested in the above entitled action, is competent to be witness therein, and that I served copies of the:

**Summons & Complaint For Damages Under The Fair Debt Collection Practices Act, The Telephone Consumer Protection Act And Other Equitable Relief; Magistrate Consent Form**

| | |
|---|---|
| PARTY SERVED: | **JEFFERSON CAPITAL SYSTEMS, LLC C/O CORPORATION SERVICE COMPANY** |
| PERSON SERVED: | **ALYSSA THOMPSON, SECRETARY** |
| METHOD OF SERVICE: | **Corporate** - By leaving copies with the person identified above, apparently in charge at the office or usual place of business. I informed him/her of the general nature of the papers. |
| DATE & TIME OF DELIVERY: | **05/16/2022 at 1:39 PM** |
| ADDRESS, CITY AND STATE: | **3366 RIVERSIDE DR., STE 103, UPPER ARLINGTON, OH 43221** |
| DESCRIPTION: | Race: **White** Sex: **Female** Age: **26** |
| | Height: **5'6"** Weight: **135** Hair: **Black** Glasses: **No** |

Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 503-2
Wheaton, IL 60187
(630) 221-9007

I declare under penalties of perjury that the information contained herein is true and correct. Executed on 5/16/2022.

Signature: *Kymberly Tackett*

CLIENT: **Hyslip Legal, LLC**
FILE #:

Job #: **493150**