# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Courtney Rodgers, | Case No. 1:22-cv-00767-SO |
| Plaintiff, | Honorable Solomon Oliver, Jr. |
| v. | |
| Jefferson Capital Systems, LLC, | **NOTICE OF SETTLEMENT** |
| Defendant. | |

**NOW COMES** Plaintiff, by and through counsel, to notify the Court that the parties have reached a settlement. The parties are currently working on facilitating the settlement. Plaintiff expects to dismiss this case within sixty days.

RESPECTFULLY SUBMITTED,

Date: June 28, 2022

By: /s/ Jeffrey S. Hyslip
Jeffrey S. Hyslip, Esq.
Hyslip Legal, LLC
207 S. Harrison St., Suite A
Algonquin, IL 60102
Phone: 614-490-4224
jeffrey@hysliplegal.com
Ohio Bar No. 0079315

*Attorney for Plaintiff*

1

# CERTIFICATE OF SERVICE

I hereby certify that on, June 28, 2022, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Jeffrey S. Hyslip